IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN RE: ) | Case No. BK24-40267 |
| ) | Chapter 7 |
| ALDEN H. ZUHLKE and ) | |
| LISA A. ZUHLKE, ) | |
| ) | |
| Debtors. ) | |
| ) | |
| ) | |
| PHILIP M. KELLY, CHAPTER 7 ) | A 25-04007 |
| Trustee, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | |
| ) | |
| DARIN A. ZUHLKE, RACHEL K. ) | |
| ZUHLKE, ZUHLKE PROPERTIES, LLC, ) | |
| JOYSPRINGS PROPERTIES, LLC, ) | |
| CHRISTIAN ZUHLKE, DIAMOND Z ) | |
| FARMS, LLC, Z BROTHERS, LLC, DEAN) | |
| ZUHLKE, DAVID ZUHLKE, DEREK A. ) | |
| ZUHLKE DILLAN A. ZUHLKE, ALDEN ) | |
| H. ZUHLKE and LISA A ZUHLKE, ) | |
| ) | |
| Defendants. ) | |

**ANSWER OF DEFENDANTS ALDEN H. ZUHLKE AND LISA A.
ZUHLKE TO COMPLAINT FILED BY PHILIP M. KELLY
CHAPTER 7 TRUSTEE ON MAY 28, 2025**

Come now the defendants, Alden H. Zuhlke and Lisa A. Zuhlke, (hereafter "Alden and Lisa") and for their Answer to the Complaint filed by Philip M. Kelly, Chapter 7 Trustee, state and allege as follows:

1. Alden and Lisa deny paragraph 1 of the Complaint.
2. Alden and Lisa admit paragraph 2 of the Complaint.
3. Alden and Lisa admit paragraph 3 of the Complaint.
4. Alden and Lisa admit paragraph 4 of the Complaint.
5. Alden and Lisa admit paragraph 5 of the Complaint.

1

6. Alden and Lisa admit paragraph 6 of the Complaint.
7. Alden and Lisa admit paragraph 7 of the Complaint.
8. Alden and Lisa admit paragraph 8 of the Complaint.
9. Alden and Lisa admit paragraph 9 of the Complaint.
10. Alden and Lisa admit paragraph 10 of the Complaint.
11. Alden and Lisa with regard to paragraph 11 of the Complaint admit that they are the debtors in said case, but deny that the transactions are avoidable.
12. Alden and Lisa admit paragraph 12 of the Complaint.
13. Alden and Lisa admit paragraph 13 of the Complaint.
14. Alden and Lisa admit paragraph 14 of the Complaint.
15. Alden and Lisa admit paragraph 15 of the Complaint.
16. Alden and Lisa deny paragraph 16 of the Complaint.
17. Alden and Lisa admit paragraph 17 of the Complaint.
18. Alden and Lisa admit paragraph 18 of the Complaint.
19. Alden and Lisa admit paragraph 19 of the Complaint.
20. Alden and Lisa admit paragraph 20 of the Complaint.
21. Alden and Lisa admit paragraph 21 of the Complaint.
22. Alden and Lisa admit paragraph 22 of the Complaint.
23. Alden and Lisa admit paragraph 23 of the Complaint.
24. Alden and Lisa admit paragraph 24 of the Complaint.
25. Alden and Lisa admit paragraph 25 of the Complaint.
26. Alden and Lisa admit paragraph 26 of the Complaint.
27. Alden and Lisa admit paragraph 27 of the Complaint.
28. Alden and Lisa admit paragraph 28 of the Complaint.
29. Alden and Lisa admit paragraph 29 of the Complaint.
30. Alden and Lisa with regard to paragraph 30 of the Complaint admits that the Sheriff of Antelope County took possession of collateral that he could locate. Alden and Lisa state that the Sheriff was able to locate collateral, including hogs. Alden and Lisa state that the Sheriff did not take possession of hogs because proper trucking was never arranged in order to take possession of hogs.
31. Alden and Lisa with regard to paragraph 31 of the Complaint admits that collateral was liquidated by the Sheriff of Antelope County. Alden and Lisa state that the Sheriff did not take possession of hogs because proper trucking was never arranged in order to take possession of hogs.
32. Alden and Lisa deny paragraph 32 of the Complaint.
33. Alden and Lisa admit paragraph 33 of the Complaint.
34. Alden and Lisa admit paragraph 34 of the Complaint.
35. Alden and Lisa admit paragraph 35 of the Complaint.

36. Alden and Lisa admit paragraph 36 of the Complaint.
37. Alden and Lisa with regard to paragraph 37 deny for lack of information as to what Rabo knew at the time.
38. Alden and Lisa deny paragraph 38 of the Complaint.
39. Alden and Lisa deny paragraph 39 of the Complaint.
40. Alden and Lisa deny paragraph 40 of the Complaint.
41. Alden and Lisa deny paragraph 41 of the Complaint.
42. Alden and Lisa deny paragraph 42 of the Complaint.
43. Alden and Lisa deny paragraph 43 of the Complaint.
44. Alden and Lisa deny paragraph 44 of the Complaint.
45. Alden and Lisa deny paragraph 45 of the Complaint.
46. Alden and Lisa admit paragraph 46 of the Complaint.
47. Alden and Lisa deny paragraph 47 of the Complaint.
48. Alden and Lisa deny paragraph 48 of the Complaint.
49. Alden and Lisa deny paragraph 49 of the Complaint.
50. Alden and Lisa deny paragraph 50 of the Complaint. Alden and Lisa state that land was sold to pay off Met Life, which had a first lien on the land; and that land was sold in different years in order to spread out the capital gains taxes; and money that was remaining after the sale was loaned out to Dillan and Derek.
51. Alden and Lisa deny paragraph 51 of the Complaint.
52. Alden and Lisa admit paragraph 52 of the Complaint.
53. Alden and Lisa deny paragraph 53 of the Complaint.
54. Alden and Lisa with regard to paragraph 54 of the Complaint does not require an admission or denial.
55. Alden and Lisa admit paragraph 55 of the Complaint.
56. Alden and Lisa admit paragraph 56 of the Complaint.
57. Alden and Lisa admit paragraph 57 of the Complaint.
58. Alden and Lisa admit paragraph 58 of the Complaint.
59. Alden and Lisa deny paragraph 59 of the Complaint.
60. Alden and Lisa admit paragraph 60 of the Complaint.
61. Alden and Lisa admit paragraph 61 of the Complaint.
62. Alden and Lisa admit paragraph 62 of the Complaint.
63. Alden and Lisa admit paragraph 63 of the Complaint.
64. Alden and Lisa admit paragraph 64 of the Complaint.
65. Alden and Lisa deny paragraph 65 of the Complaint.
66. Alden and Lisa deny paragraph 66 of the Complaint.
67. Alden and Lisa deny paragraph 67 of the Complaint.
68. Alden and Lisa with regard to paragraph 68 does not require an admission or denial.

69. Alden and Lisa admit paragraph 69 of the Complaint.
70. Alden and Lisa admit paragraph 70 of the Complaint.
71. Alden and Lisa with regard to paragraph 71 of the Complaint admit that $100,000.00 was transferred from the Joysprings account to Darin and Rachel's account. This was pursuant to a loan Alden and Lisa made to Darin Zuhlke at that time, and a promissory note was entered into between Joysprings Properties, LLC and Darin Zuhlke for $100,000.00 on April 20. 2022.
72. Alden and Lisa admit paragraph 72 of the Complaint.
73. Alden and Lisa admit paragraph 73 of the Complaint.
74. Alden and Lisa admit paragraph 74 of the Complaint.
75. Alden and Lisa with regard to paragraph 75 of the Complaint does not require an admission or denial.
76. Alden and Lisa admit paragraph 76 of the Complaint.
77. Alden and Lisa admit paragraph 77 of the Complaint.
78. Alden and Lisa deny paragraph 78 of the Complaint.
79. Alden and Lisa admit paragraph 79 of the Complaint.
80. Alden and Lisa admit paragraph 80 of the Complaint.
81. Alden and Lisa deny paragraph 81 of the Complaint.
82. Alden and Lisa admit paragraph 82 of the Complaint.
83. Alden and Lisa admit paragraph 83 of the Complaint.
84. Alden and Lisa deny paragraph 84 of the Complaint.
85. Alden and Lisa deny paragraph 85 of the Complaint.
86. Alden and Lisa deny paragraph 86 of the Complaint.
87. Alden and Lisa deny paragraph 87 of the Complaint.
88. Alden and Lisa with regard to paragraph 88 of the Complaint does not require an admission or denial.
89. Alden and Lisa admit paragraph 89 of the Complaint.
90. Alden and Lisa admit paragraph 90 of the Complaint.
91. Alden and Lisa deny paragraph 91 of the Complaint.
92. Alden and Lisa admit paragraph 92 of the Complaint.
93. Alden and Lisa admit paragraph 93 of the Complaint.
94. Alden and Lisa admit paragraph 94 of the Complaint.
95. Alden and Lisa deny paragraph 95 of the Complaint.
96. Alden and Lisa admit paragraph 96 of the Complaint.
97. Alden and Lisa admit paragraph 97 of the Complaint.
98. Alden and Lisa admit paragraph 98 of the Complaint.
99. Alden and Lisa deny paragraph 99 of the Complaint for lack of information.
100. Alden and Lisa deny paragraph 100 of the Complaint.
101. Alden and Lisa deny paragraph 101 of the Complaint.

102. Alden and Lisa deny paragraph 102 of the Complaint.
103. Alden and Lisa deny paragraph 103 of the Complaint.
104. Alden and Lisa deny paragraph 104 of the Complaint.
105. Alden and Lisa with regard to paragraph 105 of the Complaint does not require an admission or denial.
106. Alden and Lisa admit paragraph 106 of the Complaint.
107. Alden and Lisa admit paragraph 107 of the Complaint.
108. Alden and Lisa admit paragraph 108 of the Complaint.
109. Alden and Lisa admit paragraph 109 of the Complaint.
110. Alden and Lisa deny paragraph 110 of the Complaint.
111. Alden and Lisa deny paragraph 111 of the Complaint.
112. Alden and Lisa deny paragraph 112 of the Complaint.
113. Alden and Lisa deny paragraph 113 of the Complaint.
114. Alden and Lisa with regard to paragraph 114 of the Complaint does not require an admission or denial.
115. Alden and Lisa deny paragraph 115 of the Complaint.
116. Alden and Lisa deny paragraph 116 of the Complaint.
117. Alden and Lisa deny paragraph 117 of the Complaint.
118. Alden and Lisa with regard to paragraph 118 of the Complaint does not require an admission or denial.
119. Alden and Lisa admit paragraph 119 of the Complaint.
120. Alden and Lisa admit paragraph 120 of the Complaint.
121. Alden and Lisa deny paragraph 121 of the Complaint for lack of information.
122. Alden and Lisa deny paragraph 122 of the Complaint for lack of information.
123. Alden and Lisa admit paragraph 123 of the Complaint.
124. Alden and Lisa with regard to paragraph 124 of the Complaint admit that they are in possession of the 1998 International tractor trailer, plate no. 26-379S; the 2005 Dodge pickup, plate no. 26-15S; the 2010 Palamino travel trailer, plate no. 26-308; the 2006 Dodge pickup, plate no. 26-608T; the 1982 Yamaha motorcycle, plate no. 26-182; the Ford truck, plate no. 26-39; and enclosed trailer, plate no. 26X-3464; 2006 Dodge pickup, plate no. 26-608T, and the International truck, plate no. 26-1456. Alden and Lisa deny that they are in possession of the 1980 utility trailer, plate no. 26X4216; the 2004 Chevrolet Sport Utility, plate no. 26-A84; the 1980 Yamaha ATV, the 2010 Yamaha ATV, the 2011 Yamaha ATV, the 2012 Dodge, the 2014 Dodge, and the 1968 Ford, plate no. 26-1031.
125. Alden and Lisa with regard to paragraph 125 of the Complaint, admit that they are in possession of the 2005 Dodge pickup, plate no.

26-15S, the 2010 Dodge Ram pickup, plate no. 26-942T, and the 2006 Dodge pickup, plate no. 26-608T. Alden and Lisa state that these three pickups contain the name of Diamond Z, Alden Zuhlke, and Lisa Zuhlke on the title. Alden and Lisa deny that they are in possession of the 2005 Dodge 4 door, plate no. 26-D572. Alden and Lisa state that this is a Dodge Neon and this vehicle has been gone for some time. Alden and Lisa do not have information about a Dodge Ram 2500, plate no. 26-277S.

      126. Alden and Lisa deny paragraph 126 of the Complaint and state that the equipment listed was either sold several years ago, or was part of the replevin action Robo conducted, or is located on land that was sold previously.

      127. Alden and Lisa deny paragraph 127 of the Complaint.

WHEREFORE, Alden and Lisa move that the Trustee's First, Second, Third, Fourth, Fifth, Sixth, Seventh and Eighth causes of action be dismissed.

DATED THIS ___ DAY OF JUNE, 2025.

      ALDEN H. ZUHLKE and LISA A. ZUHLKE, Defendants.

      EGLEY, FULLNER, MONTAG, MORLAND & EASLAND, P.C.

BY _____
      Bradley C. Easland #21142
      2424 Taylor Avenue
      P.O. Box 33
      Norfolk, NE 68702-0033
      (402) 379-9119
      Email: beasland@neattys.com